1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  THOMAS N. ABBOTT (State Bar No. 245568)
   tna@severson.com
3  R. TRAVIS CAMPBELL (State Bar No. 271580)
   rtc@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendant
8  GREEN TREE SERVICING LLC

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
   BRIAN COLEMAN AND KARI ANN          Case No.: 14-cv-00454-LJO-SKO
13 COLEMAN,
                                       **STIPULATION AND ORDER FOR
14         Plaintiffs,                 DISMISSAL OF THE FAIR DEBT
                                       COLLECTION PRACTICES ACT CAUSE
15         vs.                         OF ACTION WITH PREJUDICE AND
                                       REMAND TO STATE COURT**
16 GREEN TREE SERVICING LLC,

17         Defendant.

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs BRIAN COLEMAN and KARI ANN COLEMAN ("Plaintiffs") and defendant GREEN TREE SERVICING LLC ("Defendant"), hereby stipulate and agree as follows:

WHEREAS Plaintiffs' original Complaint asserted causes of action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") and California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.* ("Rosenthal Act") (Doc. No. 1 at Ex. A.);

WHEREAS Defendant timely removed the Complaint to this Court based on federal question jurisdiction (Doc No. 1);

WHEREAS In response to Defendant's Motion to Dismiss the Complaint pursuant to Federal Rule 12(b)(6), Plaintiffs filed a first amended complaint ("FAC") that omits the FDCPA cause of action (Doc. No. 8);

WHEREAS Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant stipulate that the FDCPA cause of action is dismissed with prejudice;

WHEREAS Because the Rosenthal Act cause of action is the only remaining cause of action in the case, Plaintiffs and Defendant further stipulate and request an Order remanding the case to the Superior Court of California, County of Tulare, where the action was originally filed;

WHEREAS Defendant shall have thirty (30) days from the date of the entry of the attached Order to respond to the FAC.

Based on the foregoing, it is hereby STIPULATED that:

1)      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the FDCPA cause of action is dismissed with prejudice;

2)      The action is remanded to the Superior Court of California, County of Tulare;

3)      Defendant shall have thirty (30) days from the date of the entry of the attached Order to respond to the FAC; and

4)      Each party shall bear its own attorneys' fees and costs associated with the dismissal of Plaintiffs' FDCPA cause of action and the resulting remand to Superior Court.

STIPULATION AND ORDER FOR DISMISSAL OF THE FAIR DEBT COLLECTION PRACTICES ACT CAUSE OF ACTION WITH PREJUDICE AND REMAND TO STATE COURT

1    DATED:  June 6, 2014                      SEVERSON & WERSON
2                                              A Professional Corporation

3                                              By:    /s/R. Travis Campbell
                                                      R. Travis Campbell
4
5                                              Attorneys for Defendant
                                               GREEN TREE SERVICING LLC
6

7    DATED:  June 6, 2014                      LAW OFFICES OF TODD M. FRIEDMAN, P.C.

8                                              By:    /s/Nicholas J. Bontrager
9                                                     Nicholas J. Bontrager

10                                             Attorneys for Plaintiffs
                                               BRIAN COLEMAN and KARI ANN COLEMAN
11

12                                     **ORDER**

13          Based on the stipulation of the parties set forth above:

14          1)      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

15   FDCPA cause of action is dismissed with prejudice;

16          2)      The action is remanded to the Superior Court of California, County of Tulare;

17          3)      Defendant shall have thirty (30) days from the date of the entry of the attached

18   Order to respond to the FAC; and

19          4)      Each party shall bear its own attorneys' fees and costs associated with the dismissal

20   of Plaintiffs' FDCPA cause of action and the resulting remand to Superior Court.

21   IT IS SO ORDERED.

22       Dated:   **June 12, 2014**              **/s/ Lawrence J. O'Neill**
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL OF THE FAIR DEBT COLLECTION PRACTICES ACT CAUSE
OF ACTION WITH PREJUDICE AND REMAND TO STATE COURT