**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LA TAPATIA TORTILLERIA, INC., a California corporation, dba LA TAPATIA RETAIL STORE; HELEN CHAVEZ-HANSEN, Trustee of the HELEN CHAVEZ-HANSEN LIVING TRUST,<br><br>　　　　　Defendants. | Case No. 1:14-CV-00545-LJO-SKO<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** |

STIPULATION

WHEREAS, Plaintiff in this action is pursuing remedies based on allegations of denial of right of access under the Americans with Disabilities Act. Plaintiff alleges that the La Tapatia Retail Store at 104 E. Belmont Avenue, Fresno, California fails to comply with legal requirements concerning wheelchair access.

WHEREAS, following an inspection related to the wheelchair access issues at La Tapatia Retail Store, Plaintiff submitted to the Defendants a confidential settlement offer. Additional time is required for the Defendants, defense counsel, and defense counsel's consultant to study the settlement proposal and formulate a response to it.

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate to continue the Mandatory Scheduling Conference from July 31, 2014 to a date convenient to the Court after August 29, 2014.

Dated: July 21, 2014                                  DOWLING AARON INCORPORATED


                                              By:    /s/James D. Burnside III
                                                    James D. Burnside III
                                                    Attorneys for Defendants LA TAPATIA
                                                    TORTILLERIA, INC., a California
                                                    corporation, dba LA TAPATIA RETAIL
                                                    STORE and HELEN CHAVEZ-HANSEN,
                                                    Trustee of the HELEN CHAVEZ-
                                                    HANSEN LIVING TRUST


Dated: July 21, 2014                                  MOORE LAW FIRM


                                              By:    /s/Tanya E. Moore
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff Natividad Gutierrez


## ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference in this matter is CONTINUED from July 31, 2014, at 9:30 a.m. to September 4, 2014, at 9:45 a.m. in Courtroom 7.

IT IS SO ORDERED.

   Dated:  **July 21, 2014**                                **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE