James D. Burnside III   #75977
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
jburnside@dowlingaaron.com

Attorneys for Defendants LA TAPATIA TORTILLERIA, INC., a California corporation, dba LA TAPATIA RETAIL STORE; HELEN CHAVEZ-HANSEN, Trustee of the HELEN CHAVEZ-HANSEN LIVING TRUST

Tanya E. Moore # 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Tel.:  (408) 298-2000
Fax:  (408-298-6046
Tanya@moorelawfirm.com

Attorneys for Plaintiff Natividad Gutierrez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>LA TAPATIA TORTILLERIA, INC., a California corporation, dba LA TAPATIA RETAIL STORE; HELEN CHAVEZ-HANSEN, Trustee of the HELEN CHAVEZ-HANSEN LIVING TRUST,<br><br>                    Defendants. | Case No. 1:14-CV-00545-LJO-SKO<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**DATE:   September 4, 2014**<br>**TIME:   9:45 a.m.**<br>**CRTM:  7 (Sixth Floor)**<br><br>**SHEILA K. OBERTO**<br>**U.S. MAGISTRATE JUDGE** |

///

///

///

///

///

## STIPULATION

WHEREAS, Plaintiff in this action is pursuing remedies based on allegations of denial of right of access under the Americans with Disabilities Act. Plaintiff alleges that the La Tapatia Retail Store at 104 E. Belmont Avenue, Fresno, California fails to comply with legal requirements concerning wheelchair access.

WHEREAS, the parties obtained a previous continuance of the Mandatory Scheduling Conference from July 31, 2014 to September 4, 2014.

WHEREAS, following an inspection on July 15, 2014 related to the wheelchair access issues at La Tapatia Retail Store, Plaintiff submitted to the Defendants a confidential settlement offer. To date the parties have succeeded in reaching a tentative agreement on injunctive relief. They continue to negotiate over monetary relief. So as to allow the parties sufficient time to complete their settlement negotiations, it is requested the Mandatory Scheduling Conference set for September 4, 2014 be continued to a date on or after September 30, 2014 at the Court's convenience to allow the parties to fully exhaust all settlement efforts.

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate to continue the Mandatory Scheduling Conference from September 4, 2014 to a date convenient to the Court after September 29, 2014.

Dated: August 25, 2014                     DOWLING AARON INCORPORATED

                                           By:  /s/ James D. Burnside III
                                                James D. Burnside III
                                                Attorneys for Defendants LA TAPATIA
                                                TORTILLERIA, INC., a California corporation,
                                                dba LA TAPATIA RETAIL STORE and
                                                HELEN CHAVEZ-HANSEN, Trustee of the
                                                HELEN CHAVEZ-HANSEN LIVING TRUST

Dated: August 25, 2014                     MOORE LAW FIRM

                                           By:  /s/ Tanya E. Moore
                                                Tanya E. Moore
                                                Attorney for Plaintiff NATIVIDAD
                                                GUTIERREZ

ORDER

Upon reviewing the stipulation of counsel and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference is continued from September 4, 2014, at 9:45 a.m. to **September 30, 2014, at 10:00 a.m.** The parties' Joint Scheduling Report shall be filed at least one week prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated:   **August 26, 2014**                              **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE