# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>LA TAPATIA TORTILLERIA, INC., et al.,<br><br>    Defendants. | No. 1:14-cv-00545-LJO-SKO<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

**WHEREAS,** Plaintiff, Natividad Gutierrez ("Plaintiff"), seeks to amend his complaint to allege additional barriers relating to his disability which were identified at the site inspection of the subject property conducted on July 15, 2014, as permitted by Chapman v. Pier 1 Imports (U.S.), Inc., 631 F.3d 939, 944 (9th Cir. 2011), and required by Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice Defendants, La Tapatia Tortilleria, Inc., a California corporation, dba La Tapatia Retail Store; and Helen Chavez-Hansen, Trustee of the Helen Chavez-Hansen Living Trust (collectively "Defendants"), nor does the amendment in any way change the nature of the action;

**WHEREAS**, the amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated October 7, 2014 (ECF No. 18) pursuant to Fed. R. Civ. P. 16(b)(4);

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint

within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  November 17, 2014                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Natividad Gutierrez

DOWNEY BRAND LLP

*/s/ James D. Burnside III*
James D. Burnside III
Attorneys for Defendants
La Tapatia Tortilleria, Inc., a California corporation, dba La Tapatia Retail Store; and Helen Chavez-Hansen, Trustee of the Helen Chavez-Hansen Living Trust

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his First Amended Complaint ("FAC"), a copy of which was filed with the Parties' stipulation, within 5 days of the date this Order is filed; and

2. Defendants' response to Plaintiff's FAC shall be filed within 14 days after the FAC is filed.

IT IS SO ORDERED.

Dated:   **November 25, 2014**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER