1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 NATIVIDAD GUTIERREZ,                         )   No. 1:14-cv-00545-LJO-SKO
                                                )
12         Plaintiff,                           )   **STIPULATION FOR DISMISSAL OF**
                                                )   **ACTION; ORDER**
13     vs.                                      )
                                                )
14 LA TAPATIA TORTILLERIA, INC., a              )
   California corporation, dba LA TAPATIA       )
15 RETAIL STORE, et al.,                        )
                                                )
16                                              )
           Defendants.                          )
17                                              )
                                                )
18 _____)

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants La Tapatia Tortilleria, Inc., a California corporation, dba La Tapatia Retail Store; and Helen Chavez-Hansen, Trustee of the Helen Chavez-Hansen Living Trust, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: February 24, 2015   MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Natividad Gutierrez

Date: February 24, 2015   DOWLING AARON INCORPORATED

*/s/ James D. Burnside III*
James D. Burnside III
Attorneys for Defendants
La Tapatia Tortilleria, Inc., a California corporation, dba La Tapatia Retail Store; and Helen Chavez-Hansen, Trustee of the Helen Chavez-Hansen Living Trust

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: February 24, 2015**

   **/s/ Lawrence J. O'Neill**
   **United States District Judge**